# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONOR JAMES HARRIS,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS,<br><br>    Respondent. | Case No.: 2:19-cv-01180-KJD-GWF<br><br>**ORDER** |

Conor James Harris, a Nevada prisoner, has filed an application to proceed *in forma pauperis* and an *ex parte* motion for appointment of counsel. Harris indicates that he is seeking federal habeas relief under 28 U.S.C. § 2254 (ECF No. 1, p. 1), but he has not included a habeas petition with his submissions as required by Rule 3 of the Rules Governing Habeas Corpus Cases Under Section 2254. In addition, the pauper application does not include all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, a petitioner must attach both an inmate account statement for the past six months and a properly executed financial certificate. Petitioner has not complied with either requirement.

IT IS THEREFORE ORDERED that petitioner shall have 30 days from the date this order is entered to file, on the court's approved forms, (1) a petition for writ of habeas corpus and (2) an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. (As an alternative to the latter requirement, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order.)

IT IS FURTHER ORDERED that the Clerk shall send petitioner two copies of a noncapital Section 2254 habeas petition form, a copy of the instructions for the form, and a copy of the papers that he has submitted in this action.

IT IS FURTHER ORDERED that the Clerk shall also send petitioner an IFP application packet for incarcerated litigants.

IT IS FURTHER ORDERED that petitioner's failure to comply with this order may result in the dismissal of this action without further notice.

Dated: July 15, 2019

_____
UNITED STATES DISTRICT JUDGE