# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONOR JAMES HARRIS, | Case No.: 2:19-cv-01180-KJD-EJY |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, | |
| Respondent. | |

Conor James Harris, a Nevada prisoner, has filed a perfected application to proceed *in forma pauperis* and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF Nos. 5/6. The court finds that petitioner can pay the full filing fee of $5.00.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (ECF No. 5) is denied. Petitioner shall have 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

Dated: August 16, 2019

_____
UNITED STATES DISTRICT JUDGE