UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONOR JAMES HARRIS,<br><br>  Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS,<br><br>  Respondent. | Case No.: 2:19-cv-01180-KJD-EJY<br><br>**ORDER** |

Petitioner Harris has filed a motion asking the court to stay this habeas proceeding under 28 U.S.C. § 2254 pending a decision from the Ninth Circuit on whether he may file a successive petition. ECF No. 14. With his motion, Harris points out that he brought a prior federal habeas petition challenging the same conviction and sentence challenged herein that was dismissed with prejudice. *See Harris v. Baker*, No. 3:14-cv-00516-RJD-WGC (D. Nev.). He further concedes that this court is without jurisdiction to rule on his current federal petition unless he receives authorization from the Ninth Circuit Court of Appeals. *See* 28 U.S.C. § 2244(b)(3) (explaining that litigant who wishes to pursue a successive petition must first seek authorization from "the appropriate court of appeals").

Respondents take no position on Harris's request for a stay but make no other concessions and do not waive any procedural defenses to Harris's petition. ECF No. 15. Good cause appearing, the court will grant Harris's request for a stay.

**IT IS THEREFORE ORDERED** that petitioner's "Motion to Stay Proceedings Pending a Decision from the Ninth Circuit on Request for Authorization to File a Successive 28 U.S.C. § 2254 Petition" (ECF No. 14) is GRANTED. This proceeding is STAYED until the Ninth Circuit Court of Appeals rules on petitioner's application to file a successive petition. Petitioner has 45 days from the date of this order to file the request in the Ninth Circuit.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file an amended petition (ECF No. 13) is DENIED as moot.

Dated: April 3, 2020

_____
UNITED STATES DISTRICT JUDGE